UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.:  1:22-CR-00232-CJN |
| CHAD HEATHCOTE, | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Trial Attorney Jason M. Manning, who will be substituting for AUSA Maria Fedor.

                              Respectfully submitted,

DATED: July 6, 2022                MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

                              By:    */s/ Jason M. Manning*
                                          JASON M. MANNING
                                          NY Bar No. 4578068
                                          Trial Attorney, Detailee
                                          1400 New York Ave NW, 11th Floor
                                          Washington, D.C. 20005
                                          (202) 514-6256
                                          jason.manning@usdoj.gov

2

**CERTIFICATE OF SERVICE**

On this 6th day of July 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

By:  /s/ *Jason M. Manning*
JASON M. MANNING
NY Bar No. 4578068
Trial Attorney, Detailee
1400 New York Ave NW, 11th Floor
Washington, D.C. 20005
(202) 514-6256
jason.manning@usdoj.gov